UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DUANE ALLEN PARADISE,

    Defendant.
_____/

HON. ROBERT HOLMES BELL

Case No. 2:10-cr-18-02

**ORDER**

In accordance with defendant's waiver of right to detention hearing filed on May 16, 2011, IT IS HEREBY ORDERED that the order setting the defendant's conditions of release is revoked.  Defendant shall remain detained pending transportation by the U.S. Marshal to the institution designated by the Bureau of Prisons for service of defendant's sentence.

IT IS SO ORDERED.

Date:  June 3, 2011

   /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge